## CERTIFICATE OF SERVICE

I, Patricia Alger, hereby certify that on this 6th day of December, 2006, I served a copy of a Letter Request to the Hon. David R. Homer, requesting an extension of time for service of process behalf of Plaintiff, to the following, **via electronic filing:**

William J. Dreyer, Esq.

*Patricia Alger*
Patricia Alger
Legal Assistant