## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GENERAL ELECTRIC ERISA LITIGATION | No. 06-CV-315 (GLS/DRH) (Lead Case) |

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad & Schulman LLP has changed its name to Milberg Weiss & Bershad LLP.  The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: February 8, 2007

Respectfully submitted,

MILBERG WEISS & BERSHAD LLP

By: _____/s/_____
Lori G. Feldman (Bar Roll No. 513863)
One Pennsylvania Plaza
New York, New York 10119
212-594-5300

*Counsel for Plaintiffs*