**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────────────

IN RE GENERAL ELECTRIC COMPANY            No. 06-CV-315
ERISA LITIGATION                                       (GLS/DRH)
                                                                    (Lead Case)

───────────────────────────────────────────────

## NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS UNDER ERISA SECTION 502(a)(2)

MOTION BY:   General Electric Company, GE Asset Management Incorporated, and the following 70 Individual Defendants:[1]
Ameen, Philip D.; Beckmann, Barbara A.; Bolton, Eugene K.; Brown, Christopher D.; Carlson, David B.; Caruso, Lawrence S.; Cary, William H.; Cash, Jr., James I.; Castell, William M.; Chang, Alfredo; Colonna, Paul; Conaty, William J.; Conway, Tom; Cook, L. G.; Cosgrove, Michael J.; Dammerman, Dennis D.; Delaney, Mark; Fitzsimons, Shane; Fresco, Paolo; Fudge, Ann M.; Gonzalez, Claudio X.; Gorman, M. J.; Gould, Eric H.; Harris, Wiley L.; Healey, William M.; Herlihy, Robert; Hopkinson, Brian; Immelt, Jeffrey R.; Janki, Daniel; Jung, Andrea; Karlic, Kathryn D.; Krakowiak, Mark; Krenicki, Jr., John; Lafley, Alan G.; Lane, Robert W.; Langone, Kenneth G.; LaPorta, Jeanne M.; Larsen, Ralph S.; Layman, Ralph R.; Lazarus, Rochelle B.; Leonard, T.F.; Lewis, Alan M.; Lucas, William J.; MacDougall, Robert A.; Malone, Edward H.; McNealy, Scott G.; Meyer, Lee; Michelson, Gertrude G.; Myers, John H.; Nunn, Sam; Passmore, Jonathan L.; Penske, Roger S.; Peters, Susan P.; Pressman, Ronald R.; Rhodes, Frank H. T.; Rogers, Gary, L.; Rowe, Allan O.; Samuels, John M.; Saperstein, Marc J.; Sherin, Keith S.; Sigler, Andrew C.; Studer, Judith A.; Swieringa, Robert J.; Torey, Donald W.; Wald, J.; Walker, John J.; Warner, Douglas A.; Wehner, Diane M.; Welch, John F.; and Wright, Robert C.

───────────────────────────

[1]   Those individual defendants who have not been served and do not join this motion are Silas S. Cathcart (deceased), Lawrence R. Johnston, John D. Lockton (deceased), and Robert E. Pfenning (deceased).

| | |
|---|---|
| DATE, TIME, AND PLACE: | Date and Time: **May 17, 2007, 9:00 a.m.**<br>509 James T. Foley<br>United States Courthouse<br>445 Broadway<br>Albany, NY 12207-2936 |
| SUPPORTING PAPERS: | Declaration of Thomas A. Conway<br>Statement of Material Facts<br>Memorandum of Law |
| RELIEF SOUGHT: | Judgment as a Matter of Law under Federal Rule of Civil Procedure 56 insofar as Plaintiffs seek relief under ERISA Section 502(a)(2). |

Dated: April 13, 2007

        DREYER BOYAJIAN LLP

        /s/
        _____
        WILLIAM J. DREYER (Bar Roll #101539)
        April M. Wilson (Bar Roll #105797)
        75 Columbia Street
        Albany, NY 12210
        (518) 463-7784

        Jeffrey G. Huvelle
        John M. Vine
        Thomas L. Cubbage III
        Christian J. Pistilli
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, N.W.
        Washington, DC 20004
        (202) 662-6000

        John J. Buckley, Jr.
        Dane H. Butswinkas
        Jonathan M. Landy
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        (202) 434-5000

        Attorneys for Moving Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| IN RE GENERAL ELECTRIC COMPANY<br>ERISA LITIGATION | No. 06-CV-315<br>    (GLS/DRH)<br>(Lead Case) |

_____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of April, 2007, I caused to be electronically filed the foregoing Notice of Motion and all supporting Papers referenced therein with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Jeffrey J. Sherrin<br>O'Connell, Aronowitz Law Firm<br>54 State Street<br>9th Floor<br>Albany, NY 12207-2501<br>518-462-5601<br>Fax: 518-462-6486<br>Email: jsherrin@oalaw.com | Lori G. Feldman<br>Milberg, Weiss Law Firm<br>One Pennsylvania Plaza<br>Suite 4915<br>New York, NY 10119-0165<br>212-594-5300<br>Fax: 212-273-4457<br>Email: lfeldman@milbergweiss.com |
| James A. Shannon<br>O'Connell, Aronowitz Law Firm - Albany Office<br>54 State Street<br>9th Floor<br>Albany, NY 12207-2501<br>518-462-5601<br>Fax: 518-462-6486<br>Email: jshannon@oalaw.com | Evan J. Kaufman<br>Lerach, Coughlin Law Firm<br>58 South Service Road<br>Suite 200<br>Melville, NY 11703<br>631-454-7733<br>Fax: 631-367-1173<br>Email: ekaufman@lerachlaw.com |
| | Mark S. Reich<br>Lerach, Coughlin Law Firm<br>58 South Service Road<br>Suite 200<br>Melville, NY 11703<br>631-367-7100<br>Fax: 631-367-1173<br>Email: Mreich@lerachlaw.com |

Dated:  April 13, 2007

                                                             /s/ CHRISTIAN J. PISTILLI