UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GENERAL ELECTRIC ERISA LITIGATION | No. 06-CV-315 (GLS/DRH) (Lead Case) |

NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss & Bershad LLP has changed its name to Milberg Weiss LLP.  The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: July 16, 2007

Respectfully submitted,

MILBERG WEISS LLP

By:   /s/ Lori G. Feldman
Lori G. Feldman (Bar Roll No. 513863)
One Pennsylvania Plaza
New York, New York 10119
212-594-5300

*Counsel for Plaintiffs*