# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

IN RE GENERAL ELECTRIC ERISA LITIGATION

No. 06-CV-315
(GLS/DRH)
(Lead Case)

**NOTICE OF FIRM NAME CHANGE**

O'CONNELL AND ARONOWITZ, P.C.
*Attorneys for Plaintiffs*
54 State Street. 9th Floor
Albany, New York 12207-2501
Telephone: 518/462-5601
518/462-2670 (fax)
JEFFREY J. SHERRIN
JAMES A. SHANNON
*Of Counsel*

MILBERG WEISS LLP
*Attorneys for Plaintiffs*
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)
LORI G. FELDMAN
ARVIND B. KHURANA
*Of Counsel*

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
*Attorneys for Plaintiffs*
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
*Of Counsel*

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
*Attorneys for Plaintiffs*
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
MATTHEW P. MONTGOMERY
COURTLAND W. CREEKMORE
*Of Counsel*

Dated: September 7, 2007

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 7, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
(BAR ROLL NO. 513976)
EVAN J. KAUFMAN
(BAR ROLL NO. 513975)


            */s/ Evan J. Kaufman*
            EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MATTHEW P. MONTGOMERY
COURTLAND W. CREEKMORE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

O'CONNELL AND ARONOWITZ
JEFFREY J. SHERRIN
(Bar Roll No. 102601)
JAMES A. SHANNON
(Bar Roll No. 510028)
54 State Street
Albany, New York 12207-2501
Telephone: 518/462-5601
518/462-2670 (fax)

- 1 -

MILBERG WEISS LLP
LORI G. FELDMAN
(Bar Roll No. 513863)
ARVIND B. KHURANA
(Bar Roll No. 513864)
One Pennsylvania Plaza
New York, NY  10119
Telephone:  212/594-5300
212/868-1229 (fax)

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2007, I electronically filed the foregoing Notice of Firm Name Change with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

> COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
> SAMUEL H. RUDMAN
> (Bar Roll No. 513976)
> EVAN J. KAUFMAN
> (Bar Roll No. 513975)
>
>
> */s/ Evan J. Kaufman*
> EVAN J. KAUFMAN
>
> 58 South Service Road, Suite 200
> Melville, NY  11747
> Telephone:  631/367-7100
> 631/367-1173 (fax)
> E-mail: ekaufman@csgrr.com