UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE GENERAL ELECTRIC COMPANY ERISA LITIGATION

No. 06-CV-315 (GLS/DRH)

(Lead Case)

**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARD OF SERVICE AWARDS TO THE NAMED PLAINTIFFS**

**MILBERG LLP**
Lori G. Feldman
Arvind Khurana
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300 (telephone)
(212) 868-1229 (facsimile)

**O'CONNELL AND ARONOWITZ**
Jeffrey J. Sherrin
54 State Street
Albany, New York 12207-2501
(518) 462-5601 (telephone)
(518) 462-2670 (facsimile)

**LAW OFFICE OF ALFRED G. YATES JR.**
Alfred G. Yates
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
(412) 391-5164 (telephone)
(412) 471-1033 (facsimile)

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058 (telephone)
(619) 231-7423 (facsimile)

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Rudman
Evan J. Kaufman
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100 (telephone)
(631) 367-1173 (facsimile)

*Counsel for Plaintiffs*

## **TABLE OF CONTENTS**

                                                                                                                                   **Exhibit**

Summary Chart of Plaintiffs' Counsel's Lodestar and Expenses ................................................. A

Declaration of Lori G. Feldman Filed on Behalf of Milberg LLP in Support of Application for Award of Attorneys' Fees and Expenses, dated May 6, 2009 ....................... B

Declaration of Ellen Stewart Gusikoff Filed on Behalf of Coughlin Stoia Geller Rudman & Robbins LLP in Support of Application for Award of Attorneys' Fees and Expenses, dated May 6, 2009 ....................................................................................... C

Declaration of Jeffrey J. Sherrin Filed on Behalf of O'Connell and Aronowitz in Support of Application for Award of Attorneys' Fees and Expenses, dated May 5, 2009 ................... D

Declaration of Alfred G. Yates, Jr. Esquire Filed on Behalf of Law Office of Alfred G. Yates, Jr., PC in Support of Application for Award of Attorneys' Fees and Expenses, dated May 4, 2009 ......................................................................................... E

Affidavit of Umberto Cavalieri in Support of the Application for Service Awards to the Named Plaintiffs, dated May 5, 2009 .................................................................... F

Affidavit of Floyd Miklic in Support of the Application for Service Awards to the Named Plaintiffs, dated May 6, 2009 .................................................................... G

Affidavit of Robert R. Bezio in Support of the Application for Service Awards to the Named Plaintiffs, dated May 5, 2009 .................................................................... H

Declaration of Jennifer M. Keough Regarding Notification, dated May 4, 2009 ......................... I

Letter from Norman P. Goldberg of Bank of America, N.A. to Roland G. Schroeder of General Electric Co., dated Dec. 9, 2008 .............................................................. J

Letter from Lisa Ferguson to Class Counsel Lori G. Feldman, dated March 3, 2009 .................. K

Letter from Anthony L. Hubert to Class Counsel Lori G. Feldman, dated April 17, 2009 .......... L

Slip opinions cited in Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, Award of Attorneys' Fees and Expenses, and Award of Service Awards to the Named Plaintiffs ........................................................................................... M

471265v1