**In re General Electric Company ERISA Litigation**

**SUMMARY CHART OF PLAINTIFFS' COUNSEL'S LODESTAR AND EXPENSES**

| Firm | Hours | Lodestar | Expenses |
|---|---|---|---|
| Milberg LLP | 4,653.25 | $1,996,638.75 | $252,508.94 |
| Coughlin Stoia Geller Rudman & Robbins LLP | 1,740.00 | $915,152.50 | $128,066.90 |
| O'Connell and Aronowitz | 532.20 | $154,933.00 | $2,466.91 |
| Law Office of Alfred G. Yates Jr., PC | 269.05 | $101,472.00 | $4,530.11 |
| **TOTAL** | **7,194.50** | **$3,168,196.25** | **$387,572.86** |

471518v1