Lisa Ferguson
                                                                    8171 Center Road
                                                                    Wilmington, OH  45177
                                                                    March 3, 2009

Lori G. Feldman
Milberg LLP
One Penn Plaza
New York, NY  10119-0165

    Re:  Notice of Class Action in re General Electric Company ERISA Litigation
          Case No. 06-CV-315

Dear Mrs. Feldman,

On March 2, 2009 I received notification of a class action taking place against my former employer, General Electric Company. In this document, I believe that I would be considered as a settlement class member and would be included in your proposed settlement. However, there are concerns with me participating.

On February 16th, 2009 I was impacted with a LOW (Lack of work) lay-off package from GE Money. Where I had to sign a Transition Payment Release that states in order for me to get my eight weeks pay that I am "NOT" to participate in any legal action against GE. I'm attaching a copy of the release I signed for your review.

My concern is that with me participating in this class action that it would terminate my transition payment in the amount of $10,735. I would say that I am not the only one with this concern, as there have been hundreds of former GE Employees that have been laid-off over the last year that might also be affected by participating in this proposed settlement.

Do you think I need to seek legal counsel to ensure that my transition payment would not be terminated? Maybe the best thing for me is to object to my participation in this settlement.

Please contact me at 937-383-1351 (home) or 937-527-9803 (cell) to discuss.

Thank You,


Lisa Ferguson

## TRANSITION PAYMENT RELEASE

I, Lisa Ferguson (SSO#:213018505), understand that my employment with GE Consumer Finance Inc. (the "Company") will be terminated due to layoff, and that in exchange for signing this Release, I will receive a "Transition Payment" equal to 8 weeks of straight-time base pay valued at $10,735 (less applicable deductions and withholdings) to be paid in a lump sum after I receive my last Layoff Benefit payment under the General Electric Capital Corporation Layoff Payment Plan. I acknowledge that I am not otherwise entitled to this Transition Payment.

I agree that if I obtain alternative full-time GE employment prior to receiving the Transition Payment, I will not be entitled to the Transition Payment. If I obtain alternative full-time GE employment after receiving the Transition Payment but within 12 months of my layoff, I will be required to repay the Transition Payment as a condition of my reemployment. I will immediately notify the Company if I obtain alternative full-time GE employment. I agree that the offer of the Transition Payment (and/or alternative GE employment as described above) constitute sufficient consideration for this Release.

In return for the Transition Payment, my heirs, assigns, agents and I agree to waive and release all waivable claims of any kind (whether known or unknown) that I may have against Releasees (defined below), which arise from or relate to my employment and/or the termination of my employment with the Company. The claims I am releasing include, but are not limited to, any and all claims that Releasees discriminated, harassed or retaliated against me on the basis of race, color, religion, national origin, sex (including pregnancy), sexual orientation, disability, veteran status or other characteristic or activity protected by law, violated any GE policies, procedures, covenants or express or implied contracts of any kind, violated any public policy, statutory or common law (including tort), or are in any way obligated to pay me damages, expenses, costs or attorneys' fees in relation to an alleged violation of any waivable local, state* or federal law. Releasees include the Company, its predecessors, successors and assigns, their current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and their current and former officers, directors, shareholders, employees, agents, representatives and employee benefit programs (including the trustees, administrators, fiduciaries and insurers of such programs). I acknowledge that I am not waiving any rights or claims that may arise after the date I execute this Release. This Release does not modify or affect any vested rights or benefits provided under the terms of any applicable Company benefit plan. I understand that this Release does not prevent me from participating in an investigation or proceeding of a governmental agency, but that I am waiving any and all rights to monetary, injunctive or other personal relief that may result from that process.

I agree that I will make myself reasonably available to meet with and be interviewed by Company personnel or their agents in connection with internal or external reviews, investigations, proceedings or litigation pertaining to matters that occurred during my employment. I have disclosed in writing to the Company all information in my possession about any false claims to the United States, unlawful activities or violations of Company or GE policy that may have occurred during my employment. I have been paid all wages due and owing from the Company, including overtime. I will fully cooperate with the Company in effecting the smooth transition of my responsibilities, returning all Company property within my possession/control, transferring my files and company records (electronic and paper) in accordance with the GE Capital Records Management Guidelines process and submitting appropriate T&L accounting on or before my last day worked. I further agree not to disparage or denigrate the Company or its related business entities and their current and former officers or directors orally or in writing. I understand that the Employee Innovation and Proprietary Information Agreement (EIPIA), the Company's internal alternative dispute resolution process and any Employee Non-Solicitation/Compete Agreement will remain in effect in accordance with their terms.

I fully understand the terms of this Release and agree to keep them confidential, except that I may disclose them to my immediate family, tax or legal advisors (as long as those individuals agree to be bound by this confidentiality obligation). I also understand that I have 45 days to consider this Release before signing it; that I can revoke this Release within 7 days (or 15 days in Minnesota) after signing it by sending written notice of that revocation to my

---

* Including but not limited to claims under the New Jersey Conscientious Employee Protection Act. California employees also specifically waive all rights and benefits under Section 1542 of the California Civil Code, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor." The term "creditor" in the above quote refers to the employee and the term "debtor" refers to the employer. Pursuant to the West Virginia Human Rights Act, West Virginia employees who need an attorney may call the West Virginia State Bar Association at (866) 989-8227.

Human Resources Manager (the day following this revocation period is the "Effective Date" of this document); and that the Company has advised me in writing, by this reference, to consult with an attorney before signing this Release. I have not relied upon any oral statements or representations that are not included in this Release.

This Release shall be construed, interpreted and applied under New York law. If any provision of this Release cannot be modified by a court of competent jurisdiction to be enforceable, the affected provision shall be stricken and the remaining provisions shall have full force and effect.

YOU MAY NOT MAKE ANY CHANGES TO THE TERMS OF THIS RELEASE. BEFORE SIGNING THIS RELEASE, READ IT CAREFULLY AND, IF YOU CHOOSE, DISCUSS IT WITH YOUR ATTORNEY AT YOUR OWN EXPENSE. TAKE AS MUCH TIME AS YOU NEED TO CONSIDER THIS RELEASE BEFORE DECIDING WHETHER TO SIGN IT, UP TO 45 DAYS – AFTER WHICH THIS OFFER WILL NO LONGER BE AVAILABLE. YOU MAY NOT RETURN THE SIGNED RELEASE PRIOR TO YOUR LAST DAY WORKED. BY SIGNING THIS RELEASE YOU WILL BE WAIVING ALL KNOWN AND UNKNOWN CLAIMS.

Understood and Agreed to by:

Signature: _Lisa Ferguson_   Date: _2-16-09_

\* TAKE UP TO 45 DAYS TO CONSIDER, BUT DO NOT SIGN OR RETURN PRIOR TO LAST DAY WORKED \*