April 17, 2009

Anthony L. Hubert
3174 Springside Ridge
Decatur, GA. 30034

Lori G. Feldman
Milberg LLP
One Penn Plaza
New York, NY 10119-0165

In re General Electric Company
ERISA Litigation, Case No. 06-CV-315 (GLS/DRH)

Dear Ms. Feldman

I received A NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION. I am a settlement class member. Please keep me inform of the Progress in this Lawsuit. Again thank you For your Legal Representation in this Matter.

Sincerely,

Anthony L. Hubert

Anthony L. Hubert