==============================================================================

\*\*\*\*\* **UNITED STATES DISTRICT COURT** \*\*\*\*\*

_____ NORTHERN _____   **DISTRICT OF**   _____ NEW YORK _____

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-cv-315 (GLS/DRH)**

**UMBERTO CAVALIERI, et al.**

    v.

**GENERAL ELECTRIC COMPANY, et al.**

| | |
|---|---|
| _____ | **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| ____X____ | **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED, that the plaintiffs' motion for final approval of class action settlement, award of attorneys' fees and service awards is GRANTED in its entirety , in accordance with the Decision and Order issued by U.S. District Judge Gary L. Sharpe, on August 5, 2009.**

 

**August 6, 2009**                                   **LAWRENCE K. BAERMAN**
                                                                       CLERK OF THE COURT


                                                           BY:     S/
                                                                    DEPUTY CLERK
                                                                    John Law