# O'CONNELL AND ARONOWITZ
### ATTORNEYS AT LAW

54 STATE STREET, ALBANY, NEW YORK 12207-2501

(518) 462-5601  FAX: (518) 462-2670

www.oalaw.com  info@oalaw.com

206 WEST BAY PLAZA, PLATTSBURGH, NEW YORK 12901

(518) 562-0600  FAX: (518) 562-0657



EDWARD J. O'CONNELL 1925-39
SAMUEL E. ARONOWITZ 1925-73
LEWIS A. ARONOWITZ 1951-79

CORNELIUS D. MURRAY
NEIL H. RIVCHIN
PETER DANZIGER
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
WILLIAM A. FAVREAU
THOMAS J. DiNOVO
NANCY SCIOCCHETTI
PAMELA A. NICHOLS
MARK G. RICHTER
DONALD W. BIGGS
JAMI DURANTE ROGOWSKI
HEIDI DENNIS
ANDREW R. SAFRANKO
JANE BELLO BURKE
TIMOTHY S. HART
KEVIN P. HICKEY

OF COUNSEL

RICHARD H. WEISKOPF
MICHAEL P. McDERMOTT
DAVID R. ROSS
MATTHEW J. DORSEY
DAVID W. MORRIS

KURT E. BRATTEN
WILLIAM F. BERGLUND
ROBYN B. EISEN
KELLY J. MIKULLITZ
KATHRYN E. JERIAN
SARA B. FEDELE
ERIN R. MINDORO
CHARLES C. DUNHAM IV
DEAN C. SCHNELLER
DANIEL W. BRENNAN
CRISTINA D. COMMISSO
AARON S. MENSH

July 8, 2010

The Honorable Gary L. Sharpe
United States District Judge for
the Northern District of New York
James T. Foley – U.S. Courthouse
445 Broadway
Albany, New York 12207-2924

Re   *In Re General Electric Company ERISA Litigation*
     **06-CV-0315 (GLS/DRH) (Lead Case)**

Dear Judge Sharpe:

    I write on behalf of Class Counsel regarding the accompanying unopposed motion to distribute returned or unclaimed settlement funds to class members who cashed their prior settlement fund payments in the above referenced action.

    After conferring with Counsel for the Defendants, Class Counsel were advised that Defendants will not oppose this motion, provided that Class Counsel seek expedited approval. This motion seeks to distribute substantial residual settlement funds to the intended beneficiaries consistent with the intent of the parties to the Court-approved Settlement Agreement. Accordingly, Class Counsel respectfully requests that the accompanying motion be handled on an expedited basis so that the distribution of settlement funds may be promptly made to members of the class.

    Thank you for your consideration.

Respectfully submitted.

O'CONNELL AND ARONOWITZ
By:

Jeffrey J. Sherrin

Enclosures
cc: All Counsel of Record
G:\DATA\ATTORNEY\JJS\GE\Motion for Settlement Re-Distribution\LT J.Sharpe - motion to redistribute.doc